B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>GIH-SPE II, LLC, a Delaware limited liability company | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):
26-0482496

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2711 Centerville Road, Suite 400<br>Wilmington, DE<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New Castle<br>ZIP CODE 19808 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>305 Convention Center Drive<br>Las Vegas, NV<br><br><br>ZIP CODE 89109 |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
305 Convention Center Drive, Las Vegas, NV 89109

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>  b. ☑ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| BERESFORD BANCORPORATION, INC. 1-31-09 | Robert O Lampl | 4/6/09 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: BERESFORD BANCORPORATION, INC. 600 MAIN ST. BRITTON, SD 57430 | Address / Telephone No. (412) 392-0330 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address / Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address / Telephone No. | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| BERESFORD BANCORPORATION, INC. 600 MAIN ST BRITTON, SD 57430 | LOAN & TRADE CLAIM | $704,771.76 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) *Member* | Signature of Attorney — 4/6/09 |
|---|---|
| Name of Petitioner: Bigwal, LLC   Date Signed: 1-31-09 | Robert O Lampl |
| Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (if any): 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 |
| | Telephone No.: (412) 392-0330 |

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date _____
Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date _____
Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| BIGWAL LLC  P.O. BOX 372, SCOTTSDALE AZ 85252 | LOAN | 847,316.25 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor _____

                                                Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _John A O'Donn_  
Signature of Petitioner or Representative (State title)  

Frank A O'Donnell        2-1-09  
Name of Petitioner       Date Signed  

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity  

x _Robert O Lampl_  4/6/09  
Signature of Attorney          Date  
Robert O Lampl  
Name of Attorney Firm (If any)  
960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222  
Address  
(412) 392-0330  
Telephone No.

x_____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner       Date Signed  

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity  

x_____  
Signature of Attorney       Date  

Name of Attorney Firm (If any)  

Address  

Telephone No.

x_____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner       Date Signed  

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity  

x_____  
Signature of Attorney       Date  

Name of Attorney Firm (If any)  

Address  

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Frank A O'Donnell  9113 Vista Greens Way #102 Las Vegas NV (87134) | LOAN | 958,641.75 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ President | x _[signature]_ 4/6/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| ICAG Inc       2-1-09 | Robert O Lampi |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (412) 392-0330 |
| | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ICAG Inc<br>32 Fox Trace, Henderson, NV 89074 | Loan | 4,950,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

412-392-0335   2/4/09 fax

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ 2/4/09
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity:
721 W. Armitage
Chicago, IL 60614

x _Robert O Lampl_ 4/6/09
Signature of Attorney   Date
Robert O Lampl
Name of Attorney Firm (If any)
960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222
Address
(412) 392-0330
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner _____  Date Signed _____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner _____  Date Signed _____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Economy Currency Exchange | Loan | $25,067.12 |
| 721 W. Armitage, Chicago, IL 60614 | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                        Name of Debtor_____

                                                              Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x [signature] | x [signature] 4/6/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Windy PT Properties LLC  2/3/09 | Robert O Lampl |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 |
| Tom White | Address |
| Name & Mailing  P.O. Bx 2446 | (412) 392-0330 |
| Address of Individual  Silverdale, WA 98383 | Telephone No. |
| Signing in Representative Capacity   member | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual | Address |
| Signing in Representative Capacity | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual | Address |
| Signing in Representative Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Windy Point Properties LLC  P.O. Box 2446 Silverdale, WA 98383 | Loan | $1,472,500 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor _____

Case No. _____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
DAWN PLACE LLC    2-4-09
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
P.O. Box 2297
SILVERDALE WA 98383

x _[signature]_ 4/6/09
Signature of Attorney    Date
Robert O Lampl
Name of Attorney Firm (If any)
960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222
Address
(412) 392-0330
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| DAWN PLACE LLC  P.O. Box 2297, SILVERDALE, WA 98383 | LOAN | 522,499.99 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ PRESIDENT
Signature of Petitioner or Representative (State title)
DAVID LIKERMAN    2-2-09
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
FOCH INVESTMENTS
10940 WILSHIRE BLVD
#1600
LA, CA 90024

X Robert Lampl  4/6/09
Signature of Attorney    Date
Robert O Lampl
Name of Attorney Firm (If any)
960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222
Address
(412) 392-0330
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| FOCH INV. / 10940 WILSHIRE BLVD #1600, LOS ANGELES CA 90024 | LOAN - COMM | 607,755.00 |
| | | |
| | | |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                               Name of Debtor _____

                                                                     Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Christpl P. Hay_____          x _[signature]_ 4/8/09
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
                                                          Robert O Lampl
Hayner Group               2-4-09                Name of Attorney Firm (If any)
Name of Petitioner         Date Signed           960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222

Name & Mailing                                   Address
Address of Individual      100 Anderson St 4233  (412) 392-0330
Signing in Representative  Pgh PA 15212          Telephone No.
Capacity

x _____         x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

Name of Petitioner         Date Signed           Name of Attorney Firm (If any)

Name & Mailing                                   Address
Address of Individual
Signing in Representative                        Telephone No.
Capacity

x _____         x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

Name of Petitioner         Date Signed           Name of Attorney Firm (If any)

Name & Mailing                                   Address
Address of Individual
Signing in Representative                        Telephone No.
Capacity

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Hayner Group | LOAN | 732,050.— |
| Name and Address of Petitioner HAYNER GROUP | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ continuation sheets attached

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

In re:

GIH-SPE II, LLC,   Case No. 09-

    Alleged Debtor   Involuntary Chapter 11

## DESIGNATION OF PRINCIPAL OPERATING OFFICER

AND NOW, comes Robert O Lampl, in his capacity as attorney for the Petitioning Creditor of the Alleged Debtor, and hereby designates the following Principal Operating Officer of the Debtor:

        Harold Rothstein
        9811 West Charleston Boulevard
        Las Vegas, NV 89117

Respectfully submitted,

Date: April 6, 2009

/s/ Robert O Lampl
ROBERT O LAMPL
Pa. I.D. #19809
JOHN P. LACHER
Pa. I.D. # 62297
ELSIE R. LAMPL
Pa. I.D. # 208867

960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222
(412) 392-0330
rlampl@lampllaw.com
Counsel for the Petitioning Creditors