## Conclusion of Highest and Best Use As Though Vacant

In conclusion, a number of types of commercial tourist development have historically shown success within the subject's immediate area. The recent economic slowdown, however, has resulted in no new project starts with some projects being placed "on hold". Given the economic circumstances of the commercial tourist market, we have concluded the highest and best use of the subject site is that it be held in speculation of future commercial tourist development.

# METHOD OF ANALYSIS AND VALUATION

There are three approaches which may be used to value the property as proposed; the Cost Approach, Income Capitalization Approach and Sales Comparison Approach. The approaches selected depend upon the purpose of the appraisal, the type of property being appraised, and the availability/reliability of the market data. Essentially and in appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available.

In consideration of the purpose of this appraisal and the hypothetical condition identified herein, our opinion of the market value of the fee simple estate interest in the subject property "as though vacant" will be developed using the Sales Comparison Approach to Value. The Sales Comparison Approach involves the gathering of data pertinent to sales of properties similar to the subject. These sales are compared to the subject property and adjusted for various differences.

This approach is based upon the principle of substitution which implies that a property's value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution. The sales data utilized in this approach was gathered through a search of public records, title company records, various market sources, and interviews with brokers and developers.

Sales of similar sites located in the economic area have been researched and analyzed. These sales are compared to the subject property and adjusted for various differences and subsequently reconciled for an indication of market value of the subject site. The opinion of value is developed by selecting the sales of sites that reflect potentially similar uses as the subject. All of the sales used in this analysis are considered to be the most comparable to the subject and provide the narrowest adjusted ranges of values in order to develop an opinion of value for the subject site.

The Sales Comparison Approach involves deriving an opinion of value based on an analysis of comparable sales. A major premise of this approach is that the market value of a property is directly related to the prices of comparable, competitive properties. It involves the process of analyzing sales, escrows, and listings data of properties having similar characteristics to the property being evaluated. The reliability of this approach is dependent upon the availability of comparable sales, the verification

of the sales data, the degree of comparability or extent of adjustment necessary for various differences, and the absence of non-typical conditions affecting the sales price. The Sales Comparison Approach, given the availability of data, is a very useful method for developing an opinion of the value of vacant land.

For the purpose of developing an opinion of the market value of the subject property, numerous sales, escrows, and current listings of vacant and/or redevelopment potential sites in the immediate market and general area have been gathered and analyzed. The selection of the sales comparables involves careful consideration of their geographic location, size, and date of sale. Specifically, those transactions most similar and comparable to the subject property in terms of their characteristics and components have been incorporated into this report. The research process involved a search of all relevant sources, including public records, certain published periodicals, office files, and discussions with buyers, sellers, and/or other knowledgeable persons in the marketplace. Overall, we have included the seven most comparable sales which we feel provide adequate value indicators in comparison to the subject.

Since no two properties are exactly alike, it is necessary to develop some common unit of comparison. Depending on the type of land being valued and the information available to us, these units of comparison may be the price per square foot, the price per acre, etc. Considering the specific characteristics of the subject and the information available from the comparable sales, it is believed that a price per acre of net land area comparison would be the most meaningful unit of comparison.

Overall, the comparable sales used are considered to be the most comparable to the subject property and provide the narrowest adjusted ranges of values in order to develop an opinion of land/market value. On the following pages, we have included a map indicating the location of the sales in relation to the subject parcel, a summary chart, and detailed data sheets exhibiting the basic physical and economic characteristics of each comparable sale transactions. A discussion of the adjustments to the individual sales is then included, as well as any additional comparable data, with a market value then reconciled for the subject.

# COMPARABLE SALE MAP



Copyright © and (P) 1988-2007 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Certain mapping and direction data © 2007 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities, including: © Her
Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2007 Tele Atlas North America, Inc. All rights
reserved. Tele Atlas and Tele Atlas North America are trademarks of Tele Atlas, Inc.

# *COMPARABLE SALE SUMMARY CHART*

| SALE NO. | IDENTIFICATION/ LOCATION/PARCEL NO. | DATE OF SALE | SALE PRICE | SITE SIZE/ ZONING | UNIT INDICATOR (SALE PRICE/AC.) |
|---|---|---|---|---|---|
| 1 | Assemblage/Mixed-Use Site 3225 Paradise Road (West side of Paradise Rd., east side of Debbie Reynolds Dr., approximately 235' south of Convention Center Dr.) APN: 162-09-806-007 | 04/07 | $65,000,000 | 6.47 Net Ac./ H-1, MUD-1 | $10,046,368 |
| 2 | Assemblage/Mixed-Use Site 3244 Debbie Reynolds Drive (East side of Debbie Reynolds Dr., north of Desert Inn Road Super Arterial) APN: 162-09-806-008 | 06/07 | $8,750,000 | 0.68 Net Ac./ H-1/MUD-1 | $12,867,647 |
| 3 | Assemblage/Mixed-Use Site 200 Convention Center Drive (North side of Convention Center Dr., east of Las Vegas Boulevard South) APN: 162-09-801-003 | 07/07 | $4,900,000 | 0.34 Net Ac./ H-1/MUD-1 | $14,411,765 |
| 4 | Assemblage/Mixed-Use Site 3275 Paradise Road (Northwest corner of Paradise Rd. and the Desert Inn Rd. Super Arterial) APN: 162-09-806-011 | 08/07 | $43,500,000 | 3.85 Net Ac./ H-1/MUD-1 | $11,298,701 |
| 5 | Condo-hotel site 2417-2423 Las Vegas Blvd. South (NEC of Las Vegas Blvd. South & Sahara Ave.) APNs: 162-04-813-070 & 071 and 162-03-410-008 | 09/07 | $47,000,000 | 2.05 Net Ac./ H-1/MUD-1 | $22,926,829 |
| 6 | Assemblage/Mixed-Use Site 2955 Las Vegas Blvd. South (east side of Las Vegas Blvd. South, approx. 500' north of Convention Center Dr.) APN: 162-09-703-019 | 10/07 | $180,000,000 | 5.43 Net Ac./ H-1/MUD-1 | $33,149,171 |
| 7 | Assemblage/Mixed-Use Site 252 & 294 Convention Center Dr. and 3051 Kishner Dr. (north side of Convention Center Dr., east of Las Vegas Blvd. South) APNs: 162-09-703-004 & 005, 162-09-802-001, and 162-09-803-001 | 03/08 | $100,000,000 | 8.3 Net Ac./ H-1/MUD-1 | $12,048,193 |

# COMPARABLE SALE DATA SHEETS

| COMPARABLE SALE DATA SHEET | | | SALE 1 |
|---|---|---|---|
| LOCATION: | 3225 Paradise Road (West side Paradise Rd., east side Debbie Reynolds Dr., approx. 235' south of Convention Center Dr.), Las Vegas, Clark County, Nevada. | | |
| APN: | 162-09-806-007 | | |
| GRANTOR: | AHT Residence Inn II L.P. | GRANTEE: | MRC I Funding Corporation |
| SALE DATE: | April 24, 2007 | DOCUMENT NO.: | 20070424:044322 |
| PRICE: | $65,000,000; all cash | CASH EQUIV.: | $65,000,000 |
| SIZE: | 6.47 Net Ac. | UNIT INDICATOR: | $10,046,368/Ac. |
| UTILITIES/ OFFSITES: | All offsites and utilities are available to the site. | ZONING/LAND USE: | H-1, MUD-1 (Limited Resort and Apartment District, Mixed-Use Overlay), Clark County. |
| VERIFICATION: | Public Records, and Declaration of Value. | | |
| COMMENTS: | At the time of acquisition the property was improved with a Residence Inn by Marriott, Las Vegas Convention Center project. This is a 2-story, 192 suites with 2 meeting rooms. The project was developed by Marriott Corporation and sold to an REIT in November, 2004 with a management agreement. Marriott Corporation acquired the property for redevelopment in conjunction with the surrounding properties. In December, 2007, the Board of County Commissioners approved a 3,500 room hotel and casino on 14.5 acres that has been assembled by Marriott International. | | |

## AERIAL PHOTOGRAPH OF COMPARABLE SALE 1



## _PARCEL MAP OF COMPARABLE SALE 1_



| COMPARABLE SALE DATA SHEET | | | SALE 2 |
|---|---|---|---|
| **LOCATION:** | 3244 Debbie Reynolds Drive (east side of Debbie Reynolds Drive, north of Desert Inn Super Arterial), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-09-806-008 | | |
| **GRANTOR:** | Nu Vision Holdings, LLC | **GRANTEE:** | MRC I Funding Corporation |
| **SALE DATE:** | June 25, 2007 | **DOCUMENT NO.:** | 20070625:00504 |
| **PRICE:** | $8,750,000; all cash | **CASH EQUIV.:** | $8,750,000 |
| **SIZE:** | 0.68 Net Ac. | **UNIT INDICATOR:** | $12,867,647/Ac. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment, Mixed-Use Overlay), Clark County. |
| **VERIFICATION:** | Public Records, CoStar COMPS, Inc., and Declaration of Value | | |
| **COMMENTS:** | At the time of sale, this property was improved with 12-unit apartment building, constructed in 1954 and in poor condition. However, little, if any consideration (positive, negative, financial, or otherwise) was reportedly given to the improvement as it was purchased for assemblage and future re-development purposes. Although the seller had previously obtained entitlement for a 29-story, 320' high, 299-unit resort condominium tower with commercial use, it was reportedly purchased to be utilized as part of the assemblage of surrounding properties (totaling approx. 14.49 acres). This property was previously acquired by the seller in December, 2005 at a price of $2,600,000. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 2*



# *PARCEL MAP OF COMPARABLE SALE 2*



| COMPARABLE SALE DATA SHEET | | | SALE 3 |
|---|---|---|---|
| **LOCATION:** | 200 Convention Center Drive (north side of Convention Center Drive, east of Las Vegas Boulevard South), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-09-801-003 | | |
| **GRANTOR:** | Mecab, LLC | **GRANTEE:** | Kalpana, LLC |
| **SALE DATE:** | July 9, 2007 | **DOCUMENT NO.:** | 20070709:04941 |
| **PRICE:** | $4,900,000; all cash | **CASH EQUIV.:** | $4,900,000 |
| **SIZE:** | 0.34 Net Ac. | **UNIT INDICATOR:** | $14,411,765/Ac. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment, Mixed-Use Overlay), Clark County. |
| **VERIFICATION:** | Public Records, CoStar COMPS, Inc., and Declaration of Value | | |
| **COMMENTS:** | At the time of sale, this property was improved with a commercial building (originally constructed in 1972 as a bank but currently utilized for "indoor skydiving"). However, little, if any, consideration (positive, negative, financial, or otherwise) was reportedly given to the improvements as the site was purchased by the owner of an adjacent parcel for assemblage/re-development purposes. In that regard, the adjacent 4.46 acre adjacent site has entitlements for a mixed-use project consisting of two high-rise (522' high) residential condominium towers (consisting of 514 units), with commercial, recreational, open space, and associated accessory and incidental uses. This site was previously acquired by the seller in September, 2004 at a price of $2,050,000. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 3*





| COMPARABLE SALE DATA SHEET | | | SALE 4 |
|---|---|---|---|
| **LOCATION:** | 3275 Paradise Road (Northwest corner of Paradise Rd. and Desert Inn Super Arterial), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-09-806-011 | | |
| **GRANTOR:** | Marcourt Investments, Inc. | **GRANTEE:** | MRC I Funding Corporation |
| **SALE DATE:** | August 15, 2007 | **DOCUMENT NO.:** | 20070815:04372 |
| **PRICE:** | $43,500,000; all cash | **CASH EQUIV.:** | $43,500,000 |
| **SIZE:** | 3.85 Net Ac. | **UNIT INDICATOR:** | $11,298,701/Ac. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment District, Mixed-Use Overlay), Clark County. |
| **VERIFICATION:** | Public Records, and Declaration of Value. | | |
| **COMMENTS:** | This property is improved with a three-story, 149-unit Courtyard by Marriott Las Vegas Convention Center project. There are 139 typical rooms and 12 suites, in addition to 3 meeting rooms, café, fitness center, and pool. The project was originally developed by Marriott and sold to an REIT with a management contract. Marriott acquired the property for assemblage with adjoining parcels. In December, 2007, the Board of County Commissioners approved a 3,500 room hotel and casino on 14.5 acres that has been assembled by Marriott International. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 4*





| COMPARABLE SALE DATA SHEET | | | SALE 5 |
|---|---|---|---|
| **LOCATION:** | 2417-2423 Las Vegas Boulevard South (Northeast corner of Las Vegas Blvd. South and Sahara Avenue), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-04-813-070 & 071 and 162-03-410-008 | | |
| **GRANTOR:** | Rinkai America, Inc. | **GRANTEE:** | Aspen Highlands Holdings, LLC |
| **SALE DATE:** | September 7, 2007 | **DOCUMENT NO.:** | 20070907:02362 |
| **PRICE:** | $47,000,000; all cash | **CASH EQUIV.:** | $47,000,000 |
| **SIZE:** | 2.05 Net Ac. | **UNIT INDICATOR:** | $22,926,829/Ac. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment District, Mixed-Use Overlay), Clark County. |
| **VERIFICATION:** | Public Records, Declaration of Value, and Mr. John Knott, Listing Broker with CB Richard Ellis (702-369-4800). | | |
| **COMMENTS:** | Although the specific plans for this property are unknown, this site had/has a grandfathered non-restricted gaming license that permits unlimited slot machines and table games with no hotel room requirements or restrictions. The site was also previously entitled for the development of a 923' foot, 73-floor, 945-unit condo-hotel tower. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 5*



# PARCEL MAPS OF COMPARABLE SALE 5





| COMPARABLE SALE DATA SHEET | | | SALE 6 |
|---|---|---|---|
| **LOCATION:** | 2955 Las Vegas Boulevard South (East side of Las Vegas Blvd. South, approximately 500' north of Convention Center Dr.), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-09-703-019 | | |
| **GRANTOR:** | Majestic Resorts, Inc. | **GRANTEE:** | Las Vegas North Strip Holdings, LLC |
| **SALE DATE:** | October 11, 2007 | **DOCUMENT NO.:** | 20071011:04447 |
| **PRICE:** | $180,000,000; all cash | **CASH EQUIV.:** | $180,000,000 |
| **SIZE:** | 5.43 Net Ac. | **UNIT INDICATOR:** | $33,149,171/Ac. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment District, Mixed-Use Overlay), Clark County. |
| **VERIFICATION:** | Public Records, CoStar Comps, Declaration of Value and Published Reports within the "In Business Las Vegas". | | |
| **COMMENTS:** | This site is the former La Concha Motel. Although the grantor had previously obtained entitlements for the proposed "Conrad Majestic"/"Waldorf Astoria" development (a 59-floor, 988-unit condominium/condominium-hotel development), development plans were halted and the grantee reportedly acquired this site as part of an assemblage allowing for a future mixed-use development project. Nonetheless, the specific future plans of the grantee are unknown. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 6*



# *PARCEL MAP OF COMPARABLE SALE 6*



| COMPARABLE SALE DATA SHEET | | | SALE 7 |
|---|---|---|---|
| **LOCATION:** | 252 & 294 Convention Center Drive and 3051 Kishner Drive (North side of Convention Center Dr., east of Las Vegas Blvd. So.), Las Vegas, Clark County, Nevada. | | |
| **APN:** | 162-09-703-004 & 005, 162-09-802-001 and 162-09-803-001 | | |
| **GRANTOR:** | Somerset Gardens Company, et al | **GRANTEE:** | LVJ DAR Acquisitions III, LLC |
| **SALE DATE:** | March 18, 2008 | **DOCUMENT NO.:** | 20080318:03440 |
| **PRICE:** | $100,000,000; $15M cash down, with balance of $85M carried by seller at undisclosed terms. | **CASH EQUIV.:** | $100,000,000 |
| | | **UNIT INDICATOR:** | $12,048,193/Ac. |
| **SIZE:** | 8.3 Net Ac. | **ZONING/LAND USE:** | H-1, MUD-1 (Limited Resort and Apartment District, Mixed-Use Overlay), Clark County. |
| **UTILITIES/ OFFSITES:** | All offsites and utilities are available to the site. | | |
| **VERIFICATION:** | Public Records, CoStar Comps, Declaration of Value and Published Reports within the "In Business Las Vegas". | | |
| **COMMENTS:** | This site is developed with the Somerset Shopping Center, the Somerset House Motel, and the Somerset Gardens Apartment complex, as well as a small portion of vacant undeveloped land and was acquired as assemblage for redevelopment for a condo hotel development. However, no payments were reportedly made on the seller carried note and the property has since been transferred back to the seller by deed in lieu of foreclosure and, as of August 11, 2008, is held under the ownership of the grantor. | | |

## *AERIAL PHOTOGRAPH OF COMPARABLE SALE 7*







## RECONCILIATION OF SITE VALUE OPINION

The comparable sales discovered differ somewhat from the subject property; however, they are considered to be the best available for analysis at this time. Several specific attributes have been analyzed to determine if an adjustment is warranted. These include property rights conveyed, financing terms, additional buyer expenditures (made immediately after purchase), market conditions, conditions of sale, location, and overall physical characteristics. In making the adjustments and whenever possible, we have attempted to extract appropriate adjustments based on a paired sale analysis and these adjustments have been made in our analysis of the magnitude of difference between the comparables and the subject.

### Property Rights Conveyed

In regard to the property rights conveyed for the comparables analyzed, all seven involve the transfers of unencumbered fee simple rights, similar to the subject; thus, no adjustments are required.

### Financing Terms

The second adjustment considered is for financing terms. All things being equal, the transaction price of one property may differ from that of a basically comparable property because the financing arrangements involved in the sale may vary. For example, if a buyer of a certain property can assume an existing mortgage at a favorable interest rate, they can afford to pay a higher price than the purchasers of a basically comparable property which does not have the benefit of existing assumable financing and must be acquired through market rate terms or a cash payment. In regard to financing terms, however, most of the comparables were acquired with cash payments or in terms equivalent to cash; therefore, no adjustment for financing terms is warranted for these sales. Further and although it is our understanding that Sale 7 reportedly transferred with seller financing, the specific terms are unknown and we are therefore unable to apply any specific adjustment consideration.

### Buyer Expenditures (Made Immediately After Purchase)

Although we recognize that all of the comparables transferred for re-development of sites which were/are improved at the time of sale, no adjustments are considered warranted. More specifically and based on all available information, such consideration is not found to exist in this market. Essentially, any costs associated with demolition are typically considered as minimal and insignificant with regards to re-development and these are further generally considered to be offset by interim income which can

be generated, thereby reducing holding costs.

## *Conditions of Sale*

When conditions of sale (motivations of the buyer and/or seller) are atypical, the result may be a sales price that is higher or lower than a normal market transaction. Examples of atypical transactions are those that occur between related parties, distressed sales (atypical motivation of seller for an accelerated sale), or for an assemblage with the plottage value expected to result from greater utility of them to the assembled site. Although most of the comparable sales (excepting Sale 5) were acquired by buyers owning adjacent/surrounding properties (acquiring the sites as part of larger assemblage), each of the sale transactions, as well as the subject, are concluded to have similar development potential. As such, and as all of the comparables were arms length transactions and considered to be typical market acquisitions, no adjustments for conditions of sale are warranted.

## *Market Conditions*

The comparable sales are compared for market conditions. Market conditions (i.e. inflation, deflation, and changes in supply/demand) may change between the time of sale of the comparable and the date of the appraisal of the subject property. Under many circumstances, the price of the comparable property could be different at a later time and an adjustment would have to be made to the actual transaction price. The subject property is located in a market which, prior to 2008, had clearly incurred substantial land appreciation over the prior few years. Conversely and since the beginning of 2008, the market has deteriorated and clearly incurred substantial land depreciation. In regard to the comparable sales, all should likely be adjusted. This is evident upon analysis of the comparable sales.

More specifically and in consideration of a "paired sale analysis", the best support for an appropriate overall adjustment, if any, for changes in market conditions, is considered to be derived through sales/re-sales of properties. Further, a comparison of two or more sales of separate properties, occurring on separate dates of value, can also be made. Such a comparative analysis is considered most pertinent when little, if any, locational/physical characteristics vary or when any such differences can be reasonably isolated.

In that regard and upon examination of the land sales investigated, it was found that the properties identified as Sales 2 and 3 were previously acquired (18-34 months earlier) by the sellers. Further and

in addition to these sales, our market investigation has found that an approximate 0.54 acre parcel located along the west side of Vegas Plaza Drive, south of Spring Mountain Road (referred herein as Sale/Re-Sale A) was acquired on January 16, 2007 at a price of $6,500,000 and that the seller previously acquired the property in October, 2004 at a price of $3,800,000. Further, an approximate 0.50 acre parcel located at the northeast corner of Industrial Road and the Desert Inn Road Super Arterial overpass (referred here in as Sale/Re-Sale B) was acquired on July 3, 2007 at a price of $5,977,833 and the seller previously acquired this property in November, 2004 at a price of $1,682,316 (allocated as part of a larger purchase).

Therefore and when comparing each of the aforementioned sales/re-sales, indication for reasonably supported adjustments for market conditions are extracted as follows:

| MARKET CONDITIONS ADJUSTMENT RATE CALCULATIONS | | | | |
|---|---|---|---|---|
| | Market Extracted Sale/Re-sale | | | |
| Sale/Re-Sale Identification: | Example Sale A | Example Sale 1 | Example Sale B | Example Sale 2 |
| Most Recent Sale Date: | January-07 | June-07 | July-07 | July-07 |
| Most Recent Sale Price: | $6,500,000 | $8,750,000 | $5,977,833 | $4,900,000 |
| Previous Sale Date: | October-04 | December-05 | November-04 | September-04 |
| Previous Sale Price*: | $3,800,000 | $2,600,000 | $1,682,316 | $2,050,000 |
| Sale Price Difference: | $2,700,000 | $6,150,000 | $4,295,517 | $2,850,000 |
| Total Appreciation Rate**: | 71.1% | 236.5% | 255.3% | 139.0% |
| Elapsed Time (Number of Months): | 27 | 18 | 32 | 34 |
| Indicated Average (Straight-Line) Monthly Rate of Appreciation***: | 2.6% | 13.1% | 8.0% | 4.1% |

*Previous Sale Price of Example Sale B reflected on an allocated basis.
**Calculated as the sale price difference divided by previous sale price.
***Calculated as indicated total appreciation rate divided by elapsed time.

As indicated by the preceding analysis and prior to July, 2007, a market supported average or straight line monthly rate of appreciation ranges from 2.6% to 13.1%; three of the four comparisons reflect a narrower range from 2.6% to 8.0%.

In an effort to provide additional support for an appropriate adjustment, we have considered interviews with brokers active in this market area. Generally, it was found that it is the opinion of most individuals active in this market that prices had, prior to 2008, trended substantially upward from approximately 25% to 100% per year or 2% to 8% monthly during the prior few years. Conversely, it ·was found that it is the opinion of most individuals that this trend has reversed during 2008 with expressed opinions typically reflecting a decline of 30% to 70% or 2.5% to 6% per month. In that regard, we have considered the following specific data:

- According to Mr. Michael Mixer, a listing broker with Collier's International, values in this area are substantially depressed with little interest in those properties not identified as "distressed". Mr. Mixer indicated that two current list prices of sites in the area were recently lowered by approximately 10% within the past 45 days following similar 10% reductions 60 days earlier. This represents a decrease in seller expectations of approximately 5% per month. Mr. Mixer also identified a listing within the central resort corridor portion of the Las Vegas "Strip" whereby a site was introduced to the market in early 2008 at an asking price of $18M per acre with the price recently reduced to $8M per acre and discussions currently ongoing with the owners to further reduce the asking price to $6M to $7M per acre.

- Mr. John Knott, a broker with CB Richard Ellis, has expressed an opinion that, despite the lack of specific data points providing quantifiable evidence, site values within the immediate competitive market have most typically declined by 30% to 50% and as much as 70% during the past 12 months.

Overall and for the purposes of this analysis, we have adjusted the comparable sales based on an approximate 5% monthly <u>appreciation</u> rate prior to 2008 and an approximate 5% monthly <u>depreciation</u> since the beginning of 2008 through the First Quarter of 2009 (with values appearing to be stagnant since).

## *Locational/Physical Characteristic Adjustment Considerations*

The sales are next analyzed in comparison to the subject on a locational and physical basis. That is, because no two properties are every truly identical, the physical units of comparison derived from the comparable sales must be further adjusted to reflect the value of the property being appraised. For this analysis, the physical variables which we have considered to possibly warrant adjustment are for location (frontage/visibility/exposure, proximity to other commercial tourist developments, accessibility, whether a property is located in a developed area or marginally removed from such development, quality of surrounding land uses, vehicular/pedestrian traffic counts, etc.), size, availability of utilities, status of offsite improvements, topography, and other site characteristics. These locational/physical variables will be discussed for each comparable in the following paragraphs. Other variables were also considered in our analysis, but none were deemed to be substantial influences and thus, do not warrant adjustment or further discussion.

In that regard, the first consideration is for the general location of each comparable. As previously discussed, location adjustments are also applied for specific frontage, visibility, exposure, surrounding land uses, vehicular/pedestrian traffic counts, etc.

In regard to location and generally, all of the comparable sales are similarly located within/proximate to the central resort corridor portion of the Las Vegas Metropolitan area and are considered to be affected by generally similar overall locational characteristics. Further and in consideration of the subject's lack of direct frontage along Las Vegas Boulevard South, most of the comparable sales are similar. As such, no adjustments are necessary for location. Nonetheless, Sales 5 and 6 are concluded to be superior, specifically located with direct frontage along Las Vegas Boulevard South (within the "Strip", at or south of Sahara Avenue). As such, both of these sales should likely be adjusted.

As a comparison and in order to extract an appropriate, reasonably supportable adjustment for this factor, our analysis of the comparable sales results in an opinion that the adjusted sale prices of Sales 5 and 6 (located with specific frontage along Las Vegas Boulevard South) can be compared to the adjusted sale prices of the remaining comparable sales (lacking specific Las Vegas Boulevard frontage) with minimal additional apparent factors significantly affecting their indicated purchase prices. Therefore, the following is a paired sales analysis in an attempt to extract an appropriate adjustment factor to be applied to those sales with the superior characteristics of proximity along Las Vegas Boulevard South.

| LOCATION ADJUSTMENT CALCULATIONS | | | | |
|---|---|---|---|---|
| | Comparison of Sale 5 | | Comparison of Sale 6 | |
| Adjusted Sale Price/Acre of Sales 5 and 6 (Las Vegas Blvd. Frontage)*: | $12,609,756 | | $16,574,586 | |
| Adjusted Sale Price/Acre Range of Remaining Sales (Lacking Las Vegas Blvd. Frontage)*: | $5,421,687 - | $9,367,647 | $5,421,687 - | $9,367,647 |
| Sale Price Difference**: | $7,188,069 - | $3,242,109 | $11,152,899 - | $7,206,939 |
| Indicated Adjustment***: | 57.0% - | 25.7% | 67.3% - | 43.5% |
| Rounded to nearest 5th Percent: | 55.0% - | 25.0% | 65.0% - | 45.0% |

*Adjusted for previous considerations of property rights, financing terms, buyer expenditures, market conditions, and conditions of sale.
**Calculated as the sale price of sales with frontage along Las Vegas Blvd. minus sale price of sales lacking frontage along Las Vegas Blvd..
***Calculated as sale price difference divided by sale price of sales with frontage along Las Vegas Blvd..

In conclusion and based on this analysis, we have therefore applied a downward adjustment of approximately 50% to Sales 5 and 6 to account for their superior specific frontage along Las Vegas Boulevard South.

The next adjustment considered is for site size. Nonetheless and although the specific sizes of the comparable sales vary somewhat, all are considered reasonably similar with no evidence found in our analysis suggesting that any adjustments should be applied.

We have also given consideration to availability/completion of utilities/offsite improvements, as well as specific site/topographical conditions/features. In that regard, the subject property represents a finished site, with all utilities available and roadway offsite improvements complete, and includes typical overall topography. In comparison, all of the sales are similar, warranting no adjustment.

As a final comparison, we have considered legally permissible uses (i.e. zoning/density). In that regard and in general, all of the comparable sales are similarly zoned and/or master planned to the subject. Although we recognize some differences of specific zoning entitlements, there is no compelling evidence found in our analysis of the comparable sales suggesting that any adjustment should be applied for this factor. As such, none have been made.

In comparison to the subject, no other adjustment factors appear warranted to any of the comparable sales as most other physical or site characteristics are considered similar. Therefore, no additional adjustments have been made for site characteristics.

## *Final Reconciliation of Site Value Opinion*

The previous adjustments are made to the comparable sales to provide an adjusted range to develop an opinion of the market value of the subject site. The preceding seven sales described and analyzed are used for this purpose. The comparables transferred ownership from April, 2007 through March, 2008. These sales are considered to be the most comparable available for analysis at this time. The following adjustment chart indicates the adjustments which were made to the comparable sales.

# COMPARABLE SALES ADJUSTMENT CHART

| | SUBJECT | SALE 1 | SALE 2 | SALE 3 | SALE 4 |
|---|---|---|---|---|---|
| LOCATION | SWC of Convention Ctr. Dr./ Debbie Reynolds Dr. | West Side Paradise Rd./ South of Convention Ctr. Dr. | East Side of Debbie Reynolds Dr., N. of Desert Inn Super Arterial | North Side of Convention Ctr. Dr., E. of Las Vegas Blvd. So. | NWC Paradise Rd./ DI Super. |
| DATE OF SALE | Feb-09 | Apr-07 | Jun-07 | Jul-07 | Aug-07 |
| SALE PRICE | -- | $65,000,000 | $8,750,000 | $4,900,000 | $43,500,000 |
| SITE AREA (Net Acres) | 6.08 | 6.47 | 0.680 | 0.340 | 3.85 |
| PRICE/NET ACRE | -- | $10,046,368 | $12,867,647 | $14,411,765 | $11,298,701 |
| PROPERTY RIGHTS CONVEYED | Fee Simple | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| FINANCING TERMS | Cash Equivelent | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| BUYER EXPENDITURES | Assumed Typical/None | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| CONDITIONS OF SALE | Typical | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| MARKET CONDITIONS | Current | Superior | Superior | Superior | Superior |
| ADJUSTMENT | | -25.0% | -35.0% | -40.0% | -45.0% |
| ADJUSTED PRICE | | $7,534,776 | $8,363,971 | $8,647,059 | $6,214,286 |
| LOCATION | Typical | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| FRONTAGE/EXPOSURE | Good | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| SHAPE/CONFIGURATION | Irregular | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| SIZE | 6.08 Ac. | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| UTILITIES/OFFSITE IMPS. | Complete | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| TOPOGRAPHY | Typical | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| ZONING/USE POTENTIAL | H-1/Tourist Commercial | Similar | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% | 0.0% |
| FINAL ADJUSTED PRICE PER ACRE | | $7,534,776 | $8,363,971 | $8,647,059 | $6,214,286 |

| | SUBJECT | SALE 5 | SALE 6 | SALE 7 |
|---|---|---|---|---|
| LOCATION | SWC of Convention Ctr. Dr./ Debbie Reynolds Dr. | NEC of Las Vegas Blvd. So./ Sahara Ave. | East Side of Las Vegas Blvd. So., N. of Convention Ctr. Dr. | North Side of Convention Ctr. Dr., E. of Las Vegas Blvd. So. |
| DATE OF SALE | Feb-09 | Sep-07 | Oct-07 | Mar-08 |
| SALE PRICE | -- | $47,000,000 | $180,000,000 | $100,000,000 |
| SITE AREA (Net Acres) | 6.08 | 2.050 | 5.43 | 8.300 |
| PRICE/NET ACRE | -- | $22,926,829 | $33,149,171 | $12,048,193 |
| PROPERTY RIGHTS CONVEYED | Fee Simple | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| FINANCING TERMS | Cash Equivelent | Similar | Similar | Unknown |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| BUYER EXPENDITURES | Assumed Typical/None | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| CONDITIONS OF SALE | Typical | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| MARKET CONDITIONS | Current | Superior | Superior | Superior |
| ADJUSTMENT | | -50.0% | -55.0% | -60.0% |
| ADJUSTED PRICE | | $11,463,415 | $14,917,127 | $4,819,277 |
| LOCATION | Typical | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| FRONTAGE/EXPOSURE | Good | Superior | Superior | Similar |
| ADJUSTMENT | | -50.0% | -50.0% | 0.0% |
| SHAPE/CONFIGURATION | Irregular | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| SIZE | 6.08 Ac. | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| UTILITIES/OFFSITE IMPS. | Complete | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| TOPOGRAPHY | Typical | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| ZONING/USE POTENTIAL | H-1/Tourist Commercial | Similar | Similar | Similar |
| ADJUSTMENT | | 0.0% | 0.0% | 0.0% |
| FINAL ADJUSTED PRICE PER ACRE | | $5,731,707 | $7,458,564 | $4,819,277 |

Prior to comparative adjustments, the seven comparables utilized to develop an opinion of the market value of the subject site, indicated a price per net acre range from $10,046,368 to $33,149,171. Following comparative adjustments, a range from $4,819,277 to $8,647,059 per net acre is indicated.

Notably and in addition to the preceding market data/comparative analysis, we are also aware of the August 14, 2007 transfer of the approximate 35.30 net acre site formerly improved with the New Frontier Hotel & Casino and reportedly purchased for redevelopment with the "Plaza". The purchase price was reported to be $1,240,000,000 (approximately $35,127,479 per net acre). In comparison and although we recognize this site to be located within reasonable proximity to the subject, it has been concluded to be less comparable to the previously analyzed sales when primarily considering highest and best use. Essentially, this transaction reflected the last available assembled site which could allow for a major mixed use hotel/casino mega resort facility specifically along the Las Vegas "Strip". In that regard and in addition to the upward adjustment consideration which would be applied for market conditions, substantial downward adjustments would be necessary when comparing its Las Vegas Boulevard frontage, size, and overall development potential (with resulting superior highest and best use).

We are unaware of any additional comparable "closed" sale transactions within the immediate market area which have occurred since that previously identified as Sale 7. This is primarily likely the result of the declining/recessionary market conditions which have been more recently occurring. Therefore and in our analysis, we have given primary further specific consideration to our analysis of market conditions as presented previously. In addition, we have considered an analyzed the following recent/current comparable market transactional data:

- Construction of "Echelon Las Vegas" was halted on August 1, 2008.

- The $3.0B Cosmopolitan Resort & Casino, currently under construction, has recently been foreclosed by its construction lender and construction has halted on the larger of two towers.

- Plans for the former New Frontier Hotel & Casino (previously proposed for the redevelopment with the "Plaza", a $5.0B, 4,100 room hotel with 2,600 condominiums and 7 towers, retail space, and 175,900 sq. ft. casino) have now been put on hold as the result of a declining economy.

- The site previously identified as part of the sale transaction associated with Comparable Sale 7 has since (on August 11, 2008) transferred back to the seller by deed in lieu of foreclosure. As a result, the purchaser forfeited $15,000,000.

- As reported in the Las Vegas Review-Journal on December 25, 2008, the Texas-based

developer who wants to build a 1,064' hotel tower on the former "Wet N Wild" site (south of the Sahara Hotel & Casino) is now making a second attempt to secure the land. Reportedly, Christopher Milam entered into a new agreement to purchase this approximate 27 acre site based on a purchase price of $618,000,000 (approximately $22.9M per net acre). In comparison, substantial downward adjustments are necessary when comparing its specific Las Vegas Boulevard South frontage, size, development potential/utility, and overall highest and best use.

- According to Mr. John Knott with CB Richard Ellis, an approximate 1.76 net acre site located at 4915 Las Vegas Boulevard South (adjacent to McCarran International Airport and across from the Bali Hai Golf Course) entered escrow on February 13, 2009. According to Mr. Knott and although the specific financial characteristics of this transaction cannot be divulged, the pending transfer of this site reportedly includes a purchase price within the range of $4M-$5M per net acre (with a close of escrow scheduled for sometime in April 2009). This site is reportedly entitled for 493 units, with a height of 266' approved by the FAA. Notably, this property had reportedly most recently previously transferred in September, 2004 at a price of $18,250,000 (approximately $10,369,318 per net acre) but was foreclosed, transferring back to the lender in June, 2008. In consideration of the reported pending purchase price range and as a comparison, minimal adjustment consideration would be necessary and Mr. Knott expressed an opinion of this property's comparability to the subject property as similar to slightly inferior.

- Finally, we have also given consideration to several current listings/offerings of comparable sites within the immediate market area which are identified and summarized as follows:

## SITE LISTINGS/OFFERINGS SUMMARY CHART

| LISTING/ OFFERING NO. | IDENTIFICATION/ LOCATION/PARCEL NO. | LIST PRICE | SITE SIZE/ ZONING | UNIT INDICATOR (LIST PRICE/AC.) |
|---|---|---|---|---|
| L-1 | Redevelopment Site 3436 Aldebaran Ave. (SWC of Spring Mt. Rd. & Interstate 15) APN: 162-17-103-002 | $96,160,000 | 12.0 Net Ac./ M-1/MUD-1 | $8,013,333 |
| L-2 | Condo Hotel Site 200 E. Reno Ave. (NWC of Reno Ave. & Koval Ln.) APNs: 162-28-102-009 & 011 | $ 9,000,000 | 1.33 Net Ac./ R-4/MUD-1 | $6,766,917 |
| L-3 | Mixed Use Redevelopment Site 3790 & 3824 Paradise Rd. (East side of Paradise Rd., south of Twain Ave.) APNs: 162-15-302-002 & 009 | $26,625,000 | 2.13 Net Ac./ H-1/MUD-1 | $12,500,000 |
| L-4 | Redevelopment Site 955 E. Sahara Ave. (North side of Karen Ave., west of Maryland Pkwy.) APNs: 162-10-510-025 & 162-10-502-006 | $24,000,000 | 7.17 Net Ac./ C-2/UV | $ 3,347,280 |
| L-5 | Seville Apartments (Redevelopment Site) 499 Sierra Vista (South side of Sierra Vista, west of Paradise Rd.) APNs: 162-15-102-004 & 005 | $ 7,847,000 | 1.33 Net Ac./ H-1/R-5 | $ 5,900,000 |
| L-6 | Former Key Lago (Redevelopment Site) 377 E. Flamingo Rd. (South side of Flamingo Rd., west of Paradise Rd.) APNs: 162-21-504-004 & 014 | $79,000,000 | 8.15 Net Ac./ H-1/MUD-1 | $ 9,693,252 |
| L-7 | Redevelopment Site 325 E. Flamingo Rd. (South side of Flamingo Rd., west of Paradise Rd.) APNs: 162-21-504-001 & 012 | $62,480,000 | 5.68 Net Ac./ H-1/MUD-1 | $11,000,000 |
| L-8 | Hotel Development Site 5191 Las Vegas Blvd. South (East side of Las Vegas Blvd. South, south of Russell Rd.) APN: 162-33-101-007 | $42,320,000 | 5.29 Net Ac./ H-1/MUD-1 | $ 8,000,000 |
| L-9 | El Mirador Motel & Casino (Redevelopment Site) 2310 Las Vegas Blvd. South (West side of Las Vegas Blvd. South, north of Sahara Ave.) APN: 162-04-813-041, 044 thru 053, 055, 056, 064 thru 069, 072, and 074 | $65,000,000 | 5.0 Net Ac./ C-2/R-4 | $13,000,000 |
| L-10 | Somerset Apartments (Redevelopment Site) 3064 Kishner Dr. (East side of Kishner Dr., north of Convention Center Dr.) APN: 162-09-703-012 | $19,500,000 | 1.24 Net Ac./ H-1/MUD-1 | $15,677,741 |

Although it is difficult to complete a truly comparative analysis of this additional market data, it nonetheless does represent some additional support for a reasonably supportable conclusion. In our analysis of this additional data, we have again given varying consideration to discussions with several of the individual listing brokers. Based on these discussions, it was generally indicated that, during the past year, there have been a limited number of potential purchasers in the market with desire and legitimate means to acquire these types of competitive properties. Essentially, the demand is substantially impacted by the recent collapse in the financial markets with the near term development of any of these sites considered to be unrealistic. Potential purchasers are essentially limited to "speculative investors" seeking "bargains". In that regard, it appears that the very limited availability of comparative transactional sale data is due to an on-going "correction" in the market whereby there has most recently been an unreasonable "spread" between buyer and seller-willing prices.

Overall, based on all available comparable market data, and recognizing the location, size, development potential, offsite improvement status, overall roadway frontage, shape, configuration, exposure, and overall physical characteristics of the subject property, we have developed an opinion of a reasonably supported unit value of the subject site to be within the mid portion of the previously adjusted range of the comparables or within the range of $7,000,000 to $7,500,000 per net acre, reconciled at $7,250,000 per net acre.

Therefore and based on a net acre basis, we have developed an opinion of the market value (as defined herein on Page 9) of the fee simple estate interest in the subject property "as though vacant", based on the general assumptions and limiting/hypothetical conditions contained herein (identified on Pages 3-5), specifically based on the hypothetical condition that the subject's existing improvements have been razed and removed and that the site is vacant and available for development to its highest and best use, current as of June 2, 2009, to be as follows:

### SUMMARY TO MARKET VALUE OPINION

| | |
|---|---|
| Site Area: | 6.08 Net Ac. |
| Concluded Unit Value Opinion: | x $7,250,000/Net Ac. |
| Concluded Market Value Opinion*: | $44,080,000 |

*Rounded, based on the hypothetical condition that the subject's existing improvements have been razed and removed and the site is vacant and available for development to its highest and best use.*

# *REASONABLE EXPOSURE TIME*

The definition of exposure time has been included previously in this report. Since exposure time is a "retrospective marketing period," it is necessary to examine past market conditions, prior to the effective date of value. Support for this opinion can be obtained by an analysis of the exposure time associated with comparable properties, sales which have occurred prior to the effective date of this appraisal and broker interviews.

In an attempt to support an opinion of the appropriate exposure time for the subject, we have reviewed the sale comparables utilized herein to support the opinion of value. In examining the sales, exposure time was not available for several of the comparables; however, the remaining comparables indicated exposure times of less than 18 months. Since all of the sales occurred prior to the effective date of value rendered herein and our opinion of market value is largely based on these sales, this source of support for a reasonable exposure time is considered to be fairly reliable.

The second source of support for our opinion of a reasonable exposure time for the subject is information from brokers knowledgeable in the subject's submarket. While each individual was reluctant to specifically quote an exact length of time, all brokers indicated that a time frame of no more than 18 months would have been reasonable to achieve a market based sale price as of the effective date of this appraisal.

Therefore, based on an analysis of the sales as reported herein, and a broker's survey, it is our opinion that an appropriate exposure time that would have been associated with the subject property is no more than 18 months.

# *SUBJECT PHOTOGRAPHS*



1. Subject property, looking in a southeasterly direction from Convention Center Drive.



2. Subject property, looking in a southerly/southwesterly direction along the most easterly portion of the site, from Convention Center Drive.



3. Subject property, looking in a westerly/southwesterly direction along the northern most portion of the site, from Convention Center Drive.



4. Subject property, looking in a northerly/northwesterly direction along the eastern most portion of the site from Desert Inn Road.



5. Convention Center Drive looking in an easterly direction, subject property at right.



6. Convention Center Drive looking in a westerly direction, subject property at left.



7. Debbie Reynolds Drive looking in a northerly direction from Desert Inn Road, subject property at left.



8. Debbie Reynolds Drive looking in a southerly direction from Convention Center Drive, subject property at right.

# *SUBJECT PHOTOGRAPHS*



9. Westbound lanes of the Desert Inn Road Super Arterial looking in a westerly direction, subject property at right.

*LEGAL DESCRIPTION*

**EXHIBIT A**

**LEGAL DESCRIPTION**

PARCEL 1:

THAT PORTION OF THE SOUTHEAST QUARTER (SE ¼) OF SECTION 9, TOWNSHIP 21
SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, DESCRIBED AS
FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 9;
THENCE NORTH 04°39'10" WEST ALONG THE EAST LINE OF SAID SECTION 9, A
DISTANCE OF 702.66 FEET TO THE NORTHEAST CORNER OF THAT CERTAIN
PARCEL OF LAND DESCRIBED BY "CORPORATION GRANT DEED" TO WALTER S.
HUNSAKER, ET UX, RECORDED MARCH 24, 1949 IN BOOK 59 OF DEEDS, PAGE 504
AS INSTRUMENT NO. 308745 IN THE CLARK COUNTY RECORDER'S OFFICE, CLARK
COUNTY, NEVADA; THENCE NORTH 89°05'00" WEST ALONG THE NORTH LINE OF
SAID PARCEL OF LAND, 258.90 FEET TO A SOUTHEAST CORNER OF THAT CERTAIN
PARCEL OF LAND DESCRIBED BY "CORPORATION GRANT, BARGAIN, SALE DEED"
TO CLIFFORD A. JONES, ET AL, RECORDED DECEMBER 4, 1951 IN BOOK 65, PAGE
461 OF DEEDS AS INSTRUMENT NO. 378222 IN THE CLARK COUNTY RECORDER'S
OFFICE, CLARK COUNTY, NEVADA; THENCE NORTH 00°11'23" EAST, 234.86 FEET
TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF CONVENTION CENTER
DRIVE (80.00 FEET WIDE); THENCE NORTH 89°24'14" WEST ALONG SAID RIGHT OF
WAY LINE 1237.25 FEET TO THE POINT OF BEGINNING, WHICH BEARS SOUTH
89°24'14" EAST, 100.00 FEET FROM THE NORTHWEST CORNER OF SAID JONES
PARCEL; THENCE SOUTH 02°53'34" EAST PARALLEL WITH THE WEST LINE OF
SAID JONES PARCEL 277.78 FEET TO A POINT ON THE SOUTH LINE OF SAID JONES
PARCEL; THENCE SOUTH 88°58'00" EAST ALONG THE SOUTH LINE OF SAID JONES
PARCEL, 237.02 FEET TO THE NORTHWEST CORNER OF THAT CERTAIN PARCEL OF
LAND DESCRIBED BY "CORPORATION GRANT, BARGAIN, SALE DEED" TO T.M.
GRISS, ET UX, RECORDED FEBRUARY 13, 1952 IN BOOK 66 OF DEEDS, PAGE 26, AS
INSTRUMENT NO. 380912 IN THE CLARK COUNTY RECORDER'S OFFICE, CLARK
COUNTY, NEVADA; THENCE CONTINUING SOUTH 88°58'00" EAST ALONG THE
NORTH LINE OF SAID GRISS PARCEL, 219.18 FEET TO THE NORTHEAST CORNER OF
"DESERT INN CONDOMINIUMS" AS SHOWN BY MAP THEREOF ON FILE IN BOOK
26, PAGE 86, IN THE CLARK COUNTY RECORDER'S OFFICE, CLARK COUNTY,
NEVADA; THENCE SOUTH 03°51'05" EAST ALONG THE EAST LINE OF SAID TRACT,
601.57 FEET TO A POINT BEING 50.00 FEET NORTH OF THE SOUTH LINE OF SAID
SECTION 9, AND BEING ON THE NORTHERLY RIGHT OF WAY LINE OF DESERT INN
ROAD (90.00 FEET WIDE); THENCE SOUTH 89°06'04" EAST ALONG SAID RIGHT OF
WAY LINE, 127.16 FEET; THENCE CURVING TO THE LEFT ALONG A 25.0 FOOT
RADIUS CURVE, CONCAVE NORTHWESTERLY, THROUGH A CENTRAL ANGLE OF
95°11'28", AN ARC LENGTH OF 41.53 FEET TO A POINT ON THE WESTERLY RIGHT
OF WAY LINE OF DEBBIE REYNOLDS DRIVE, FORMERLY KNOWN AS MEL DRIVE
(VARYING WIDTH); THENCE ALONG SAID RIGHT OF WAY LINE, THE FOLLOWING
THREE (3) COURSES, NORTH 04°17'32" WEST, 212.70 FEET TO AN ANGLE PONT IN
SAID RIGHT OF WAY LINE; THENCE NORTH 03°16'28" WEST, 361.01 FEET TO A

POINT ON THE SOUTH LINE OF THE AFOREMENTIONED JONES PARCEL; THENCE NORTH 02°14'14" WEST, 268.01 FEET; THENCE CURVING TO THE LEFT ALONG A 15.00 FOOT RADIUS CURVE, CONCAVE SOUTHWESTERLY, THROUGH A CENTRAL ANGLE OF 87°10'00", AN ARC LENGTH OF 22.82 FEET TO A POINT ON THE AFOREMENTIONED SOUTHERLY RIGHT OF WAY LINE OF CONVENTION CENTER DRIVE; THENCE NORTH 89°24'14" WEST ALONG SAID RIGHT OF WAY LINE 601.44 FEET TO THE POINT OF BEGINNING. EXCEPTING THEREFROM THAT PORTION AS CONVEYED TO CLARK COUNTY IN A DEED RECORDED SEPTEMBER 2, 1993 IN BOOK 930902 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA RECORDS AS DOCUMENT NO. 00213, AND DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTH QUARTER CORNER (S ¼ COR.) OF SAID SECTION 9; THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER (SE ¼) OF SAID SECTION, SOUTH 89°21'56" EAST, 1691.65 FEET; THENCE NORTH 03°51'05" WEST (RECORD NORTH 04°06'59" WEST) 50.17 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL, BEING THE TRUE POINT OF BEGINNING; THENCE ALONG THE WEST LINE OF SAID PARCEL, NORTH 3°51'05" WEST (RECORD NORTH 4°06'59" WEST), 15.02 FEET, THENCE SOUTH 89°06'04" EAST A DISTANCE OF 127.04 FEET (RECORD SOUTH 89°21'56" EAST, 127.03 FEET) TO A POINT OF CURVATURE; THENCE ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 25.00 FEET THROUGH A CENTRAL ANGLE OF 95°12'00" AN ARC LENGTH OF 41.54 FEET (CHORD NORTH 43°02'04" EAST 36.92 FEET) TO A POINT OF TANGENCY ON THE WEST RIGHT OF WAY LINE OF MEL AVENUE; THENCE ALONG SAID LINE SOUTH 04°33'56" EAST, 15.06 FEET TO A POINT OF CURVATURE; THENCE ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 25.00 FEET THROUGH A CENTRAL ANGLE OF 95°21'00", AN ARC LENGTH OF 41.54 FEET (CHORD SOUTH 43°02'04" WEST, 36.92 FEET) TO A POINT OF TANGENCY ON THE NORTH RIGHT OF WAY LINE OF DESERT INN ROAD; THENCE ALONG SAID LINE NORTH 89°21'56" WEST, 127.14 FEET TO THE TRUE POINT OF BEGINNING (ALSO EXCEPTING THEREFROM THAT PORTION OF THE SOUTHEAST QUARTER (SE ¼) OF SECTION 9, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M. CLARK COUNTY, NEVADA DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 9; THENCE NORTH 89°06'04" WEST, ALONG THE SOUTH LINE THEREOF, 863.25 FEET; THENCE NORTH 04°17'32" WEST, DEPARTING SAID SOUTH LINE, 651.78 FEET; THENCE NORTH 88°58'00" WEST, 3.63 FEET; THENCE NORTH 02°14'14" WEST, 250.69 FEET; THENCE SOUTH 87°45'46" WEST, 152.35 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 00°29'26" WEST, 5.00 FEET; THENCE NORTH 89°30'34" WEST, 3.25 FEET; THENCE SOUTH 00°29'26" WEST, 84.00 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE SOUTH 00°29'26" WEST, 19.85 FEET; THENCE NORTH 89°30'34" WEST, 168.20 FEET; THENCE NORTH 00°29'26" EAST, 26.90 FEET; THENCE NORTH 89°30'34" WEST, 11.97 FEET; THENCE NORTH 00°29'26" EAST, 81.80 FEET; THENCE SOUTH 89°30'34" EAST, 29.40 FEET; THENCE SOUTH 00°29'26" WEST, 8.50 FEET; THENCE SOUTH 89°30'34" EAST, 4.75; THENCE NORTH 00°29'26" EAST, 7.60 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE NORTH 00°29'26" EAST, 6.00 FEET; THENCE SOUTH 89°30'34" EAST, 91.22 FEET; THENCE SOUTH 00°29'26" WEST, 15.10 FEET; THENCE SOUTH 89°30'34" EAST, 4.40 FEET; THENCE NORTH 00°29'26" EAST, 5.30 FEET; THENCE

SOUTH 89°30'34" EAST, 13.65 FEET; THENCE NORTH 00°29'26" EAST, 9.90 FEET; THENCE SOUTH 89°30'34" EAST, 18.80 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 2:

THAT PORTION OF THE SOUTHEAST QUARTER (SE ¼) OF SECTION 9, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 9; THENCE NORTH 89°06'04" WEST, ALONG THE SOUTH LINE THEREOF, 863.25 FEET; THENCE NORTH 04°17'32" WEST, DEPARTING SAID SOUTH LINE, 651.78 FEET; THENCE NORTH 88°58'00" WEST, 3.63 FEET; THENCE NORTH 02°14'14" WEST, 250.69 FEET; THENCE SOUTH 87°45'46" WEST, 182.35 FEET TO THE POINT OF BEGINNING. THENCE SOUTH 00°29'26" WEST, 9.90 (FEET); THENCE NORTH 89°30'34" WEST, 3.25 FEET; THENCE SOUTH 00°29'26" WEST, 84.00 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE SOUTH 00°29'26" WEST, 19.85 FEET; THENCE NORTH 89°30'34" WEST, 168.20 FEET; THENCE NORTH 00°29'26" EAST, 26.90 FEET; THENCE NORTH 89°30'34" WEST, 11.97 FEET; THENCE NORTH 00°29'26" EAST, 81.80 FEET; THENCE SOUTH 89°30'34" EAST, 29.40 FEET; THENCE SOUTH 00°29'26" WEST, 8.50 FEET; THENCE SOUTH 89°30'34" EAST, 4.75 FEET; THENCE NORTH 00°29'26" EAST, 7.60 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE NORTH 00°29'26" EAST, 6.00 FEET; THENCE SOUTH 89°30'34" EAST, 91.22 FEET; THENCE SOUTH 00°29'26" WEST, 15.10 FEET; THENCE SOUTH 89°30'34" EAST, 4.40 FEET; THENCE NORTH 00°29'26" EAST, 5.30 (FEET); THENCE SOUTH 89°30'34" EAST, 13.65 FEET; THENCE NORTH 00°29'26" EAST, 9.90 FEET; THENCE SOUTH 89°30'34" EAST, 18.80 FEET TO THE TRUE POINT OF BEGINNING.

Assessor COPY

SOUTH 89°30'34" EAST, 13.65 FEET; THENCE NORTH 00°29'26" EAST, 9.90 FEET; THENCE SOUTH 89°30'34" EAST, 18.80 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 2:

THAT PORTION OF THE SOUTHEAST QUARTER (SE¼) OF SECTION 9, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 9; THENCE NORTH 89°06'04" WEST, ALONG THE SOUTH LINE THEREOF, 863.25 FEET; THENCE NORTH 04°17'32" WEST, DEPARTING SAID SOUTH LINE, 651.78 FEET; THENCE NORTH 88°58'00" WEST, 3.63 FEET; THENCE NORTH 02°14'14" WEST, 250.69 FEET; THENCE SOUTH 87°45'46" WEST, 152.35 FEET TO THE POINT OF BEGINNING. THENCE SOUTH 00°29'26" WEST, 9.90 FEET; THENCE NORTH 89°30'34" WEST, 3.25 FEET; THENCE SOUTH 00°29'26" WEST, 84.00 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE SOUTH 00°29'26" WEST, 19.85 FEET; THENCE NORTH 89°30'34" WEST, 168.20 FEET; THENCE NORTH 00°29'26" EAST, 26.90 FEET; THENCE NORTH 89°30'34" WEST, 11.97 FEET; THENCE NORTH 00°29'26" EAST, 81.80 FEET; THENCE SOUTH 89°30'34" EAST, 29.40 FEET; THENCE SOUTH 00°29'26" WEST, 8.50 FEET; THENCE SOUTH 89°30'34" EAST, 4.75 FEET; THENCE NORTH 00°29'26" EAST, 7.60 FEET; THENCE SOUTH 89°30'34" EAST, 10.60 FEET; THENCE NORTH 00°29'26" EAST, 6.00 FEET; THENCE SOUTH 89°30'34" EAST, 91.22 FEET; THENCE SOUTH 00°29'26" WEST, 15.10 FEET; THENCE SOUTH 89°30'34" EAST, 4.40 FEET; THENCE NORTH 00°29'26" EAST, 5.30 FEET; THENCE SOUTH 89°30'34" EAST, 13.65 FEET; THENCE NORTH 00°29'26" EAST, 9.90 FEET; THENCE SOUTH 89°30'34" EAST, 18.80 FEET TO THE TRUE POINT OF BEGINNING.

*QUALIFICATIONS OF APPRAISERS*

# QUALIFICATIONS OF APPRAISER

Timothy R. Morse, MAI
3140 South Rainbow Boulevard, Suite 402
Las Vegas, Nevada 89146 .

## PROFESSIONAL DESIGNATIONS

MAI, Designated Member of the Appraisal Institute, No. 7241
SRPA - (Former) Society of Real Estate Appraisers

## PROFESSIONAL AFFILIATION AND OFFICES HELD

Certified General Appraiser, State of Nevada, License No. A.0000005-CG

Nevada Commission of Appraisers of Real Estate, Member, 1989-1995
  Vice President 1990-1991;
  President 1991-1992; 1994-1995

Appraisal Institute, Las Vegas Chapter, President, 1991

Appraisal Institute, Region 7 Representative, 1992

Society of Real Estate Appraisers - Chapter 187:
  Vice President 1979-1980; 1980-1981; 1981-1982; 1989-1990

Clark County Board of Equalization 1981-2001, Chairman 1987-1999

Appraisal Institute, Southern California Chapter 5, Member,
  Admissions Committee 1986-1988

Young Advisory Council, Society of Real Estate Appraisers

Las Vegas Board of Realtors

## APPRAISAL EXPERIENCE

Independent Fee Appraiser and Real Estate Consultant - September 1979 to present.

PriMerit Bank (formerly Nevada Savings and Loan Association)
  Assistant Vice President
  March 1977 to September 1979

  Staff Residential and Senior Real Estate Appraiser,
  Appraisal Department
  March 1974 to March 1977

# *EDUCATION*

University of Nevada, Reno, Bachelor of Science in Business Administration

Appraisal Institute:

| | |
|---|---|
| Course 1-A | Appraisal Principles and Basic Valuation Procedures |
| Course VIII | Residential Valuations |
| Course 201 | Capitalization Theory and Technique |
| Course II | Valuation Analysis |
| Course VI | Real Estate Investment Analysis Narrative Report Seminar and R-2 Examination |
| Course 2-1 | Case Studies in Real Estate Valuation |
| Course 202 | Applied Income Property Valuation, Challenged Exam |
| Course 2-3 | Standards of Professional Practice |
| Course 2-3 | Standards of Professional Practice (Update) |
| Course 410 | Standards of Professional Practice |
| Course 420 | Standards of Professional Practice |
| Course 430 | Standards of Professional Practice |
| Course 705 | Litigation Appraising |
| Course 430 | Standards of Professional Practice |

# *COURT EXPERIENCE AND EXPERT WITNESS*

Clark County District Court
Nye County District Court
Federal Bankruptcy Court
District of Nevada and Central District of California,
United States District Court

# *TYPE OF PROPERTIES APPRAISED*

## *Improved and Proposed Properties*

Apartments
Motels
Hotels
Hotels-Casinos as "Going Concern"
Time Share Properties
Commercial and Industrial
Automobile Dealerships

Raw Land and Finished Lots
Taverns
Retail
Leasehold Estates
Leased Fee Estates

# *EDUCATIONAL ACTIVITIES*

Clark County Community College, Instructor,
Real Estate Appraisal - 1976 through 1982

# CLIENTS

## FINANCIAL

AMI Capital, Inc.
Amresco Capital Corporation
Bank of America, NT&SA
Bank of Commerce

Bank of East Asia (USA)
Bank of Hemet
Bank of Las Vegas
Bank Midwest
Bank One Arizona
Bank West
Bank of New York Mellon
Bankers Mutual
Berkshire Financial Corp.
Black Mountain Community Bank
Bonneville Realty Capital
Builders Realty Capital
Business Loan Express
Canada Life Assurance Co.
Cathay Bank
Chase Manhattan Banking Corp.
Citibank (Arizona)
Citibank (Nevada)
Collateral Mortgage
Colonial Bank
Commercial Bank
Community Bank of Nevada
Comerica Bank

Comstock Bank
Const. Lending Corp. of America
Continental National Bank
Corus Bank
Deloitte Financial
Desert Community Bank
EastWest Bank
First Bank of Beverly Hills
First Bank of Highland Park
First Colony Life Insurance Co.
First Independent Bank of NV
First Nationwide Bank
First National Bank of Nevada
First Network Savings Bank
First Republic Bank
First Savings Bank
GE Capital Group
Glendale Federal Bank
Goldwater Capital Nevada
Heller Financial
Home Savings Bank
InterWest Bank
John Hancock Life Insurance Co.
Keybank National
LaSalle Bank
Las Vegas Business Bank

Merchants Bank of California
National Westminister Bank
Nevada Commerce Bank
Nevada First Bank

Nevada State Bank
Northern Trust Bank
Oakbrook Bank
Old Standard Life Insurance Co.
Pioneer Citizens Bank
PW Funding, Inc.
Preferred Bank
Redrock Community Bank
San Diego National Bank
Security Capital Credit
Service 1st Bank
Silver State Bank
Southwest USA Bank
Sun West Bank
Timcor Financial Corp.

Town & Country Bank
U.S. Bankcorp
Union Bank of California
United Savings Bank
Washington Federal Bank
Wells Fargo Bank

## MORTGAGE COMPANIES

Arbor National Commercial Mtg.
Berkshire Mortgage Co.
CW Capital
Clayton Mortgage & Investment
Consolidated Mortgage
Collateral Mortgage Capital
First Denver Mortgage
First Interstate Mortgage
First Republic Mortgage
Gonzo Financial

Great American Capital
Investment Mortgage Co., Inc.
Metropolitan Mtg. & Securities
Newport Mortgage Co.
Pacific First Mortgage Co.
Premier Trust of Nevada, Inc.
Prudential Multifamily Mtg. Inc.
Seattle Mortgage Co.
StanCorp Mortgage Investors
The Money Store

Vestin Mortgage
Washington Capital
Washington Mortgage
Western Mortgage Corp.

## PRIVATE

AIM Broadcasting
ARCO
A & J Investments
Acquisition Sciences
Allstate Life Insurance Co.
Arizona Charlie's, Inc.
Atlantic Richfield Co.
BNU Corporation

Diamond Resorts
Diversified Realty
Dunn Properties, Inc.
Dynex Commercial, Inc.
Falcon Development Corp.
Farallon Decatur Meadows
Flamingo Realty

Peccole Nevada Corp.
Pitchford & Assoc. Ltd.
Pizza Hut, Inc.
Plaster Development Co.
Players International, Inc.
Post Buckley Schuh & Jernigan
Property Specialists, Inc.

## PRIVATE (Con't)

Becker Enterprises
Becker Realty Corp.
Binion's Horseshoe
Bishop Gorman High School
Bivens Construction Co.
Blasco Development Co.

Bonneville Realty
Bradshaw, Smith & Co.
Brizendine Engineering

CM Properties, Inc.
Caesars Palace Realty Corp.
Calmark Financial Corp.
Carl's Jr.
Cashman Equipment Co.

Chevron U.S.A. Inc.
Chrysler Realty Corp.
Clark & Sullivan Constructors
Colliers International
Columbia/HCA Healthcare Corp.
Con-Way Transportation Services
Corstan
Cragin & Pike, Inc.
Custom Asphalt Paving
DSK Development Company
Daiwa Securities of America, Inc.
Daly Homes of Nevada, Inc.
Del Webb Communities, Inc.
Deluca Liquor & Wine, Ltd.
Desert Chrysler-Plymouth

Focus 2000
GIT Group
GMAC Commercial Bldg. Capital
Garth Frehner
General American Life Ins. Co.
Greystone Servicing

Icon Real Estate Co.
LHN, Inc.
Las Vegas Conv. & Visitors Auth.
Links @ Spanish Trails Assoc.
Longford Properties
MGM Mirage Corp.
Majestic Realty Co.
Mandalay Resorts, Inc.
Maury Abrams Co.

Mesquite Gaming Corp.
Metropolitan Life Insurance Co.
Mikohn Gaming, Inc.
Monierlifetile, LLC
Nevada Beverage Co.
Nevada Development Realty
Nevada Power Company
New World, LLC
Old Republic Title
Olympia Group
Pacific Properties
Pacific Southwest Development
Pageantry Communities
Palm Mortuaries
Paparone, Stillwagon & McGill
Park Place Entertainment

Public Storage, Inc.
Rhodes Homes
Richmond American Homes
Sandia National Laboratories
Sanwa Business Credit Corp.
Sault Ste. Marie Tribe of Chippewa
    Indians
Sierra Capital Companies
Siefert Family Partnership
Sky River Holdings

Southern Nevada Water Authority
Standard Wholesale Supply
Sunrise Hospital
Stratos Group
Ted Wiens
Templeton Development Corp.
Thomas & Mack Co.
Tropicana Hotel/Casino
Tru-West Development, Inc.
Valley Hospital
Venetian Resort Hotel/Casino
Vista Group
Walters Group
U.S.F. & G. Realty Advisors, Inc.
US Sprint/Centel Telephone Co.
Union Central Life Insurance Co.
Unlimited Holdings, Inc.
Valley Supply, Inc.
Virgin Mountain Enterprises
WMF Group
JW Zunino & Assoc.

## ATTORNEYS

Andrews & Kurth
Balius Cook & Kelesis
Beckley Singleton
Berding & Weil
Callister & Reynolds
Cohen, Johnson & Day
David Goldwater
Daryl S. Aterwitz

Denton & Denton
Driggs Walch Santoro Kearney
Johnson & Thompson
Fennemore Craig
Fine Law Offices
Ecker & Standish

Haney Woloson & Mullins
Hartman & Armstrong, Ltd.
Hunterton & Associates
Jimmerson Davis & Hansen
John Peter Lee
Johnson Jacobson & Wilcox
Jolley Urga Wirth & Woodbury
Jones Vargas

Kolesar & Leatham
Kummer Kaempfer Bonner &
    Renshaw
Kurz & Dick
Lewis Brisbois Bisgaard & Smith
Lionel Sawyer & Collins

Lee Molof
Michael K. Mansfield
Neil Galatz
Paul D. Bancroft
Michael Chapman
Pearson, Patton, Shea, Foley & Kurtz
Randall J. Jones
Rawlings Olson Cannon Gormley &
    Desruisseaux
Robert E. Slavin
Jeffrey Ian Shaner, Esq

Shirinian & Roitman
Simmons Ritchie & Segal
Smith Larson & Wixon

## *ATTORNEYS (Con't)*

| | | |
|---|---|---|
| Edwards & Winterton | Michael K. Leavitt | Swanson Lawfirm, LLC |
| Foley, John & Elizabeth | Lubbers Law Group | Wiczer & Zelmar |
| Gerrard Cox & Larsen | John Momot | Woods & Erickson |
| Gordon & Silver, Ltd. | | |

## *GOVERNMENT AND GOVERNMENT SPONSORED AGENCIES*

**City of Las Vegas**
  City Attorneys Office
  Downtown Redevelopment Agency
  Neighborhood Services

**City of Henderson**
  Public Works

**City of North Las Vegas**
  Public Works Department -- Real Property Services

**City of Mesquite**

**Clark County**
  Department of Aviation
  Department of Finance
  Department of Public Works
  District Attorney
  General Services
  Housing Authority
  Public Administration
  Sanitation District
  Las Vegas Valley Water District
  Las Vegas Convention and Visitors Authority
  School District
  University Medical Center (UMC)

**State of Nevada**
  Attorney General
  Department of Transportation
  Consumer Advocate

Hotel/Casino Facilities appraised or reviewed by Timothy Morse, MAI:

## *Nevada*
  ### *Boulder City*
    Gold Strike Inn & Casino

  ### *Henderson*
    Rainbow Club
    The Reserve
    Tom's Sunset Casino

  ### *Carson City*
    Carson Station Hotel & Casino
    Pinion Plaza Hotel & Casino

  ### *Jackpot*

    Cactus Pete's Hotel & Casino
    Horseshu Hotel & Casino

Hotel/Casino Facilities appraised by Timothy Morse, MAI (Con't):

### *Jean*
Gold Strike Hotel & Gambling Hall

### *Pahrump*
McCaw's Mountain View Casino

### *Las Vegas*
Aladdin Hotel & Casino
Arizona Charlie's Hotel/Casino (Proposed Exp.)
Arizona Charlie's East
Beano's Casino
Binion's Horseshoe
Binion's Gambling Hall & Hotel
Casino Royale
Emerald Island Casino
Four Queens Hotel & Casino
Gold Spike Hotel & Casino
Jackie Gaughan's Plaza Hotel & Casino
King 8 Hotel & Casino
Maxim Hotel/Casino
Mardi Gras Inn & Casino
MGM Grand Hotel & Casino
Nevada Palace
New York New York (Land Only)
Palace Station Hotel/Casino
Pioneer Club
Polynesian Hotel/Casino
Quality Inn & Key Largo Casino
Rio Suites Hotel/Casino (Phases I, II & Final)
Sahara Hotel/Casino
Silverton Hotel & Casino
Skyline Casino
Stratosphere Hotel & Casino
Sundance Hotel/Casino
The Regent Grand Palms
Terrible's Hotel/Casino
Texas Gambling Hall & Hotel
Tropicana Hotel/Casino
Tuscany Hotel & Casino
Vacation Village Hotel & Casino

### *Mesquite*
Peppermill Hotel & Casino
Si Redd's Oasis Hotel & Casino
Virgin River Hotel & Casino

### *Sparks*
Western Village

### *Tonopah*
Station House Hotel, Casino, R.V. Park &
Shopping Center

### *Lake Tahoe*
Cal-Neva Lodge Spa and Casino
Harvey's Hotel and Casino
Hyatt Regency Incline Village
Lake Tahoe Horizon Casino Resort

### *Laughlin*
Crystal Palace Hotel & Casino
Harrah's Hotel/Casino
Regency Casino
Riverside Hotel and Casino
Golden Nugget Hotel & Casino

### *North Las Vegas*
The Cannery

### *Elko*

Commercial Casino
Gold Country Inn
High Desert Inn & Casino
Red Lion Hotel & Casino
Stockman's Hotel & Casino
Thunderbird Motel

### *Hawthorne*
El Capitan Resort & Casino

### *Spring Creek*
Scoreboard Casino

### *Reno*
Bonanza Casino
Club Cal-Neva Casino
Clarion Hotel & Casino
Colonial Motor Inn & Casino
Lakeside Inn & Casino
Nevada Club Casino
Peppermill Hotel & Casino (Phase I & Proposed
2nd Tower)
Sands Regency Hotel & Casino
Silver Legacy Hotel & Casino
Sundowner Hotel & Casino

### Wells
Fourway Bar Café & Casino

### Primm
Buffalo Bill's Hotel & Casino
Primm Valley Resort Hotel & Casino
Whiskey Pete's Hotel & Casino

### Wendover
Mac's Nevada Crossing Hotel & Casino
Nevada Crossing Casino & Truck Stop
Peppermill Inn & Casino
Rainbow Club
Red Garter Casino
Stateline Hotel & Casino
Silver Smith Casino

### Verdi
Boomtown
Gold Ranch Casino

### Winnemucca
Model T Casino/Motel

## OTHER STATES

### Colorado
Riviera Casino, Black Hawk
Proposed Colorado Mint Casino, Black Hawk
Johnny Nolon's Casino, Cripple Creek

### Missouri
Sam's Town, Kansas City
Casino Aztar

### Mississippi
Biloxi Belle Casino, Biloxi
Copa Casino, Gulfport
Hollywood Casino, Tunica
Jubilee Casino, Greenville
Sam's Town Tunica Hotel and Gambling Hall, Tunica
Southern Belle, Tunica
Imperial Palace, Biloxi

### Michigan

Greektown, Detroit

### New York
Seneca Niagara Falls Casino Site

Hotel/Casino Facilities appraised with Gary H. Kent, Inc.:

### Las Vegas, Nevada
Landmark Hotel/Casino
Lady Luck Hotel/Casino
Continental Hotel/Casino
Nevada Palace
Sam's Town
Silver Nugget Hotel/Casino/RV Park
Showboat Hotel/Casino
Gold Spike Hotel/Casino
Viscount Hotel
Holiday Hotel/Casino, Downtown
Holiday Casino
Palace Station (Bingo Palace)
Bourbon Street Hotel/Casino
Golden Gate Hotel/Casino
Stardust Hotel/Casino
Fremont Hotel/Casino

### Las Vegas, Nevada - Proposed

Hotel/Casino, Tompkins & Industrial
Wild, Wild West Hotel/Gambling Hall, Boulder Highway
Thunderbird Inn/Casino
Cattle Baron Hotel/Casino
Arizona Charlie's Hotel/Casino

### Laughlin, Nevada

Riverside Hotel/Casino

7

# QUALIFICATIONS OF APPRAISER

Scott D. Krueger, MAI
3140 South Rainbow Boulevard, Suite 402
Las Vegas, Nevada 89146

## *Professional Certification and Affiliation*

Certified General Appraiser, State of Nevada, License No. A.0001529-CG

MAI Designated Member (No. 12476), Appraisal Institute
Las Vegas Chapter President, 2008
Las Vegas Chapter Second Vice President, 2006-2007
Las Vegas Chapter Director, 2005
Las Vegas Chapter Secretary, 2004

## *Education*

Bachelor of Science - Real Estate, Arizona State University, 1989

Appraisal Institute Courses:
7-Hour National USPAP Update Course, 2008
Report Writing and Valuation Analysis, 2004
Business Practices and Ethics, 2004
15-Hour National USPAP Course, 2004
Condemnation Appraising: Basic Principals and Applications, 2003
Basic Valuation Procedures, 1991
Real Estate Appraisal Principles, 1991
Spotlight on Common Errors & Confidentiality USPAP Issues, 2008
Office Building Valuation: A Contemporary Perspective, 2008
Maintaining Control: Dealing with Client Pressure, Appraiser Identity Theft &
Appraisal Report Tampering, 2008

Appraisal Institute Seminars:
General Demonstration Report Writing Seminar, 2006
Partial Interest Valuation Divided, 2000
Subdivision Analysis, 2000

## *Appraisal Experience*

| | |
|---|---|
| 1994 – Present | Independent Fee Appraiser and Real Estate Consultant<br>Timothy R. Morse & Associates, Las Vegas, Nevada |
| 1993 | Appraisal Associate<br>Sun West Appraisal Group, Inc., Phoenix, Arizona |
| 1992 | Associate Appraiser<br>Gladstone & Company, Inc., Phoenix, Arizona |

| | |
|---|---|
| 1989 – 1992 | Associate Appraiser<br>McFadden & Associates, Inc., Scottsdale, Arizona |
| 1987 – 1989 | Research Assistant<br>COMPS of Arizona, Phoenix, Arizona |

## *Types of Properties Appraised*

Appraisal work experience includes the analysis and valuation of interest (fee simple estate, leased fee estate or leasehold estate) in the following existing or proposed property types:

| | |
|---|---|
| Airplane Hangers | Master Planned Communities |
| Apartment Complexes | Mixed Use Development Projects |
| Automobile Dealerships | Mobile Home Parks |
| Automobile Repair Facilities | Office (Professional and Medical) Buildings/Complexes |
| Bar/Nightclub Buildings | Office/Warehouse Facilities |
| Children's Day Care Facilities | Restaurant Buildings |
| Condominium Development Projects | Retail Buildings |
| Convenience Store Buildings | Schools |
| Golf Courses | Self-Storage Facilities |
| Hotel/Motel Facilities | Shopping Centers |
| Industrial Facilities | Single Family Residential Subdivisions |
| | Vacant Land Parcels |