IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

GIH-SPE II, LLC,

    Alleged Debtor,

BERESFORD BANCORPORATION, INC., BIGWAL, LLC, DAWN PLACE LLC, ECONOMY CURRENCY EXCHANGE, FOCH INVESTMENTS, CHRISTOPHER R. HAYNER-HAYNER GROUP, ICAG, INC., FRANK A. O'DONNELL, WINDY POINT PROPERTIES LLC,

    Petitioning Creditors/ Movants,

vs.

NO RESPONDENT.

Case No. 09-11205 (PJW)

Involuntary Chapter 11

Document No.

Related to Doc. No. 1

RE: Docket No. 1, 56

## ORDER OF COURT GRANTING CONSENT MOTION TO DISMISS INVOLUNTARY CHAPTER 11 CASE

**AND NOW**, upon consideration of the foregoing Consent Motion to Dismiss Involuntary Chapter 11 Case (the "Consent Motion"), it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Consent Motion is granted in all respects and the above-captioned case shall be **DISMISSED** on the terms set forth herein; and

2. This Order shall only be effective and enforceable, and is expressly conditioned, upon the filing with the Bankruptcy Court by Canpartners Realty Holding Company IV, LLC of a notice of completion with regard to the foreclosure sale on the Alleged Debtor's Real Property; and

3. The Alleged Debtor has waived its rights under 11 USC §303, and all Parties are to bear their own costs and fees.

DATE: Aug 10, 2069

Hon. Peter J. Walsh
United States Bankruptcy Judge